UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ZHU, et al.,
                        Plaintiffs,

            -against-

BK21 TEA HOUSE INC., et al.,
                       Defendants.
------------------------------------------------------------X

24 Civ. 7164 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

    WHEREAS, the initial pretrial conference in this matter is scheduled for November 6, 2024;

    WHEREAS, no significant issues were raised in the parties' joint letter or proposed case management plan.  It is hereby

    **ORDERED** that the November 6, 2024, initial pretrial conference is **CANCELED**.  If the parties believe that a conference would nevertheless be useful, they should inform the Court immediately so the conference can be reinstated.  The case management plan and scheduling order will issue in a separate order.  The parties' attention is particularly directed to the provisions for periodic status letters, and the need for a pre-motion letter to avoid cancellation of the final conference and setting of a trial date.  It is further

    **ORDERED** that, by **November 8, 2024**, the parties shall file a joint letter concerning the status of their discussions regarding the proper defendants in this action and proposing next steps on the issue.  It is further

    **ORDERED** that if either party seeks to file a motion for summary judgment at the conclusion of discovery, they shall file a pre-motion letter pursuant to Individual Rules III.A.1 and III.C.6.

    The parties should be aware that the Court does not extend the deadlines for fact and

expert discovery absent compelling circumstances.

Dated: November 1, 2024
       New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**