UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

YAFEI ZHU, *et al.,*

                       Plaintiffs,                  **24 Civ. No. 7164 (LGS) (GS)**

        -against-

                                                                 **VIDEO CONFERENCE ORDER**

BK21 TEA HOUSE INC., *et al.,*

                       Defendants.

-----------------------------------------------------------------X

**GARY STEIN, United States Magistrate Judge:**

      As this action has been referred to the undersigned for general pretrial management (Dkt. No. 49), the pending motion at Dkt. No. 48, filed on May 22, 2025, is now before me. If Defendants wish to submit a response to the motion, they are directed to do so by the end of day tomorrow, **Thursday, May 29, 2025**. If Defendants fail to respond, the Court will consider Plaintiffs' requests unopposed.

      In addition, this action is scheduled for a Video Conference on **Friday, May 30, 2025 at 2:00 p.m.** Counsel are directed to join the conference via Microsoft Teams at the scheduled time using the following link: **[Join the meeting now](#)**. **[Meeting ID: 283 132 284 706] [Passcode: rW7JK9S9].**

      **SO ORDERED.**

DATED:    New York, New York
                May 28, 2025

                                                     */s/ Gary Stein*
                                                The Honorable Gary Stein
                                                United States Magistrate Judge