**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X

YAFEI ZHU, *et ano*,

                                  Plaintiffs,                  **24 Civ. No. 7164 (LGS) (GS)**

              -against-

                                                                          **ORDER**

BK21 TEA HOUSE INC., *et al.*,

                                  Defendants.
-------------------------------------------------------------------X

**GARY STEIN, United States Magistrate Judge:**

      On May 30, 2025, the Court conducted a Video Conference regarding the discovery disputes raised in the parties' May 22 and May 29, 2025 letters. (Dkt. Nos. 48 & 51). For the reasons stated on the record, the Court sets the following deadlines:

1. Defendants are to produce responses to Plaintiffs' outstanding discovery requests by **Friday, June 6, 2025**.

2. Plaintiffs are to produce responses to Defendants' outstanding discovery requests by **Thursday, June 19, 2025**.

3. The parties are directed to file a joint status letter by no later than **Friday, June 20, 2025**.

4. The deadline for the parties to complete fact discovery is hereby extended to **Friday, July 18, 2025**. As the parties stated that they are not seeking an extension of the deadline for expert discovery, the deadline for expert discovery remains August 15, 2025.

      If the parties resolve any pending disputes or reach a resolution in this action prior to these deadlines, the parties are to promptly inform the Court. The parties are further directed to

order a transcript of today's Video Conference, with the cost to be shared equally between the two sides.

    **SO ORDERED.**

DATED:    New York, New York
              May 30, 2025

_____
The Honorable Gary Stein
United States Magistrate Judge