UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

YAFEI ZHU and LIHENG XU, *on behalf of themselves,*
*FLSA Collective Plaintiffs and the Class,*

                      Plaintiffs,

v.

BK21 TEA HOUSE INC.
    d/b/a PRINCE DESSERT & TEA ROOM,
BOWERY TEA HOUSE INC.
    d/b/a PRINCE TEA HOUSE,
PRINCE DESSERT & TEA ROOM V, INC.
    d/b/a PRINCE DESSERT & TEA ROOM,
YI CHUN CHEN, and
HANG XIONG ZHANG,

                      Defendants.

Case No.: 1:24-cv-07164

**NOTICE OF**
**ACCEPTANCE**
**OF OFFER OF JUDGMENT**

---

Pursuant to Rule 68 of the Federal Rules of Civil Procedure, Plaintiffs Yafei Zhu and Liheng Xu hereby accept and provide notice that they have accepted Defendants' Offer of Judgment dated June 3, 2025, and annexed hereto as **Exhibit A**.

Dated: June 4, 2025

                      Respectfully submitted,

By: _____
C.K. Lee, Esq. (CL 4086)
LEE LITIGATION GROUP, PLLC
148 West 24th Street, 8th Floor
New York, NY 10011
Tel.: (212) 465-1188
Fax: (212) 465-1181
*Attorney for Plaintiffs, FLSA Collective*
*Plaintiffs and the Class*

CERTIFICATE OF SERVICE

I hereby certify that on June 4, 2025, I caused service of Plaintiffs' Notice of Acceptance of Offer of Judgment to be served, via electronic mail, upon Defendants' counsel of record in this matter:

Francis J. Giambalvo, Esq
GORDON REES SCULLY MANSUKHANI, LLP
One Battery Park Plaza, 28th Floor
New York, New York 10004
fgiambalvo@grsm.com
*Attorney for Defendants*

By: 
C.K. Lee, Esq.