UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

YAFEI ZHU and LIHENG XU, *on behalf of themselves,*
*FLSA Collective Plaintiffs and the Class,*

                Plaintiffs,

  v.

BK21 TEA HOUSE INC.
     d/b/a PRINCE DESSERT & TEA ROOM,
BOWERY TEA HOUSE INC.
     d/b/a PRINCE TEA HOUSE,
PRINCE DESSERT & TEA ROOM V, INC.
     d/b/a PRINCE DESSERT & TEA ROOM,
YI CHUN CHEN, and
HANG XIONG ZHANG,

                Defendants.

Case No.: 1:24-cv-07164

~~[PROPOSED]~~
**RULE 68 JUDGMENT**

---

      **WHEREAS**, pursuant to Rule 68 of the Federal Rules of Civil Procedure, Defendants BK21 Tea House Inc. d/b/a Prince Dessert & Tea Room, Bowery Tea House Inc. d/b/a Prince Tea House, Prince Dessert & Tea Room V, Inc. d/b/a Prince Dessert & Tea Room, Yi Chun Chen, and Hang Xiong Zhang (collectively "Defendants"), having offered to allow Plaintiffs YaFei Zhu and LiHeng Xu ("Plaintiffs") to take a judgment against them, in the sum of Ten Thousand Dollars and No Cents ($10,000.00), to resolve all claims and damages, that were or could have been alleged or recovered by Plaintiffs in the above captioned action up to the date of the acceptance of this Offer of Judgment, including, without limitation, any and all of Plaintiffs' individual wage claims against Defendants, in accordance with the terms and conditions of Defendants' Rule 68 Offer of Judgment dated June 3, 2025 and filed as Exhibit A to Docket Number 54;

      **WHEREAS**, on June 4, 2025, Plaintiff's attorney having confirmed Plaintiff's acceptance of Defendants' Offer of Judgment (Dkt. No. 54);

It is **ORDERED, ADJUDGED, AND DECREED**, that judgment is entered in favor of Plaintiffs YaFei Zhu and LiHeng Xu, in the sum of $10,000.00, in accordance with the terms and conditions of Defendants' Rule 68 Offer of Judgment dated June 3, 2025 and filed as Exhibit A to Docket Number 54. The Clerk of Court is respectfully directed to close this case.

**SO ORDERED:**

Dated: ___June 5_____, 2025
        New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**